BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:15-MC-00012-WBS-AC |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $180,340.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $9,900.00 IN U.S. CURRENCY,  and | |
| APPROXIMATELY $22,792.04 SEIZED FROM EL DORADO SAVINGS BANK ACCOUNT NUMBER 13058966 | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and claimant Debbie Kay Cherms ("claimant"), by and through their respective counsel, as follows:

1. On or about December 4, 2014, claimant Debbie Kay Cherms filed claims, in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the Approximately $180,340.00 in U.S. Currency, Approximately $9,900.00 in U.S. Currency, and Approximately $22,792.04 seized from El Dorado Savings Bank Account Number 13058966 (collectively "defendant assets"), which were seized on June 11, 2014.

1  2. The Drug Enforcement Administration has sent the written notice of intent
2  to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time
3  has expired for any person to file a claim to the defendant currency under 18 U.S.C. §
4  983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant
5  currency as required by law in the administrative forfeiture proceeding.
6  3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a
7  complaint for forfeiture against the defendant currency and/or to obtain an indictment
8  alleging that the defendant currency is subject to forfeiture within ninety days after a
9  claim has been filed in the administrative forfeiture proceedings, unless the court extends
10 the deadline for good cause shown or by agreement of the parties. That deadline was
11 March 4, 2015.
12 4. By Stipulation and Order filed February 25, 2015, the parties stipulated to
13 extend to May 4, 2015, the time in which the United States is required to file a civil
14 complaint for forfeiture against the defendant currency and/or to obtain an indictment
15 alleging that the defendant currency is subject to forfeiture.
16 5. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to
17 further extend to August 3, 2015, the time in which the United States is required to file a
18 civil complaint for forfeiture against the defendant currency and/or to obtain an
19 indictment alleging that the defendant currency is subject to forfeiture.
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

6. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to August 3, 2015.

Dated:   5/1/15                              BENJAMIN B. WAGNER
                                             United States Attorney

                                              /s/ Kevin C. Khasigian
                                             KEVIN C. KHASIGIAN
                                             Assistant U.S. Attorney


Dated:   5/1/15                               /s/ Donald H. Heller
                                             DONALD H. HELLER
                                             Attorney for Claimant
                                             Debbie Kay Cherms

                                             Authorized by telephone


IT IS SO ORDERED.

Dated:  May 1, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE