BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $180,340.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $9,900.00 IN U.S. CURRENCY,  and<br><br>APPROXIMATELY $22,792.04 SEIZED FROM EL DORADO SAVINGS BANK ACCOUNT NUMBER 13058966<br><br>Defendants. | 2:15-MC-00012-WBS-AC<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and claimant Debbie Kay Cherms ("claimant"), by and through their respective counsel, as follows:

1.     On or about December 4, 2014, claimant Debbie Kay Cherms filed claims, in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the Approximately $180,340.00 in U.S. Currency, Approximately $9,900.00 in U.S. Currency, and Approximately $22,792.04 seized from El Dorado Savings Bank Account Number 13058966 (collectively "defendant assets"), which were seized on June 11, 2014.

2. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was March 4, 2015.

4. By Stipulation and Order filed February 25, 2015, the parties stipulated to extend to May 4, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. By Stipulation and Order filed May 4, 2015, the parties stipulated to extend to August 3, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. By Stipulation and Order filed July 22, 2015, the parties stipulated to extend to November 2, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to December 31, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///

8. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to December 31, 2015.

Dated:  10/27/15                    BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ Kevin C. Khasigian
                                    KEVIN C. KHASIGIAN
                                    Assistant U.S. Attorney

Dated:  10/27/15                    /s/ Donald H. Heller
                                    DONALD H. HELLER
                                    Attorney for Claimant
                                    Debbie Kay Cherms

                                    Authorized by email

IT IS SO ORDERED.

Dated: October 29, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE